No JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA MCMULLIN,<br><br>        Plaintiff,<br><br>   v.<br><br>JP MORGAN CHASE FORMERLY DOING BUSINESS AS WMC MORTGAGE; FIRST AMERICAN TITLE INSURANCE COMPANY; AND DOES 1 THROUGH 50 INCLUSIVE,<br><br>        Defendants. | Case No. EDCV 11-00866 VAP (DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE as to Defendant JP Morgan Chase. The Court orders that such judgment be entered.

Dated: July 21, 2011

                                        VIRGINIA A. PHILLIPS
                                  United States District Judge