JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA MCMULLIN, | Case No. EDCV 11-00866 VAP (DTBx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| JP MORGAN CHASE FORMERLY DOING BUSINESS AS WMC MORTGAGE; FIRST AMERICAN TITLE INSURANCE COMPANY; AND DOES 1 THROUGH 50 INCLUSIVE, | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: September 6, 2011

VIRGINIA A. PHILLIPS
United States District Judge