JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA MCMULLIN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JP MORGAN CHASE FORMERLY ) <br> DOING BUSINESS AS WMC ) <br> MORTGAGE; FIRST AMERICAN ) <br> TITLE INSURANCE COMPANY; ) <br> AND DOES 1 THROUGH 50 ) <br> INCLUSIVE, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. EDCV 11-00866 VAP (DTBx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: September 6, 2011

_____
VIRGINIA A. PHILLIPS
United States District Judge